# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edgar L. Garcia   CHAPTER 7
      Paulina Castaneda Lara

         Debtor(s)   BKY. NO. 24-13746 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                            Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Oct 2024, 13:35:07, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322