Certificate Number: 05781-PAE-DE-039233774

Bankruptcy Case Number: 24-13746



05781-PAE-DE-039233774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2025, at 5:08 o'clock PM PST, Paulina Castaneda Lara completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 12, 2025

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President