United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edgar L. Garcia  
Paulina Castaneda Lara  
    Debtors

Case No. 24-13746-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 31, 2025      Form ID: 318      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edgar L. Garcia, Paulina Castaneda Lara, 208 South Lime Street, Quarryville, PA 17566-9306 |
| 14937812 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 01 2025 00:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 01 2025 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14937797 | | EDI: GMACFS.COM | Feb 01 2025 04:57:00 | Ally, PO Box 9001951, Louisville, KY 40290-1951 |
| 14937798 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 01 2025 00:04:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14937799 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 01 2025 00:04:12 | Caine and Weiner, 12005 Ford Road, Ste. 300, Dallas, TX 75234-7262 |
| 14937801 | + | EDI: CAPITALONE.COM | Feb 01 2025 04:57:00 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14937800 | + | EDI: CAPITALONE.COM | Feb 01 2025 04:57:00 | Capital One Bank NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14937802 | | EDI: WFNNB.COM | Feb 01 2025 04:57:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 14937803 | | EDI: DISCOVER | Feb 01 2025 04:57:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 14937804 | | EDI: CITICORP | Feb 01 2025 04:57:00 | Home Depot Credit Srvc., PO Box 9001010, Louisville, KY 40290-1010 |
| 14937806 | | EDI: JPMORGANCHASE | Feb 01 2025 04:57:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14937805 | + | EDI: JEFFERSONCAP.COM | Feb 01 2025 04:57:00 | Jefferson Capital System, 200 14th Ave., Sartell, MN 56377-4500 |
| 14937807 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 01 2025 00:03:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14937808 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 01 2025 00:04:00 | Midland Credit Management, 320 East Big Beaver, Ste. 300, Troy, MI 48083-1271 |
| 14937809 | | EDI: AGFINANCE.COM | Feb 01 2025 04:57:00 | One Main Fin., 6801 Colwell Blvd., Irving, TX 75039-3198 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 318 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 14937811 | EDI: PRA.COM | | Feb 01 2025 04:57:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14937810 | + | Email/PDF: ebnotices@pnmac.com | Feb 01 2025 00:11:04 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Edgar L. Garcia Tom@TomFleckenstein.com |
| THOMAS W. FLECKENSTEIN | on behalf of Joint Debtor Paulina Castaneda Lara Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edgar L. Garcia | Social Security number or ITIN  xxx–xx–5005 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Paulina Castaneda Lara | Social Security number or ITIN  xxx–xx–1793 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   24–13746–pmm

## Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edgar L. Garcia                              Paulina Castaneda Lara

1/30/25                              **By the court:**  Patricia M. Mayer
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**